United States District Court
Southern District of Texas
**ENTERED**
July 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| YOLY YINELLA ESCOBAR ANGULO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-2807 |
| | § | |
| WARDEN, HOUSTON CONTRACT | § | |
| DETENTION FACILITY, *et al.* | § | |
| | § | |
| Respondents. | § | |

## ORDER OF DISMISSAL

Petitioner Yoly Yinella Escobar Angulo filed this habeas petition when detained in the custody of officials with Immigration and Customs Enforcement (ICE).　The respondents have filed advisories (Dkt. 10; Dkt. 11) informing the Court that an immigration judge granted the petitioner voluntary departure and she departed the United States on July 9, 2026.

Because the petitioner is no longer in the respondents' custody, the relief sought by the petitioner is moot. *See Ctr. for Biological Diversity, Inc. v. BP Am. Prod. Co.*, 704 F.3d 413, 425 (5th Cir. 2013); *Rocky v. King*, 900 F.2d 864, 866 (5th Cir. 1990). Therefore the Court **ORDERS** that this habeas action is **DISMISSED as moot.**

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on _____ July 28 _____, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1